# Exhibit "1"

STEVEN S. NIMOY, ESQ. (SBN 172310)
**SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP**
2535 Townsgate Road, Suite 307
Westlake Village, California  91361
Telephone:  (805) 497-7706
Facsimile:  (805) 497-1147
E-mail: kwattles@slfesq.com

Attorneys for Defendants, ELECTRONIC DOCUMENT PROCESSING, INC.; TANAYA V. SULCER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY HENRY PAULL,<br><br>                        Plaintiff,<br><br>    vs.<br><br>ELECTRONIC DOCUMENT PROCESSING, INC. D/B/A EDP LEGAL SERVICES, INC. A California Corporation; TANAYA V. SULCER, individually and in her official capacity; and DOES 1 through 10, inclusive<br><br>                        Defendants. | **CASE NO: CV12-06194-EJD-PSG**<br><br>**OFFER OF JUDGMENT**<br><br>**[F.R.C.P RULE 68]**<br><br>Complaint served: January 14, 2013 |

TO THE PLAINTIFF HEREIN AND TO HIS ATTORNEYS OF RECORD:

Defendants ELECTRONIC DOCUMENT PROCESSING, INC. dba EDP LEGAL SERVICES, INC. and TANAYA V. SULCER, hereby offer to have judgment in favor of Plaintiff and against Defendants in the above-referenced action on the First Claim for Relief, jointly and severally, in the amount of Two Thousand Five Hundred and 00/100 dollars ($2,500.00) plus costs and reasonable attorney's fees in an amount to be determined by agreement between the parties herein, or by motion for reasonable attorney's fees to be filed by counsel for the Plaintiff and determined by the Court.  All other claims to be dismissed with prejudice by the Court.

H:\P21-1252\Pleadings\Offer of Judgment.wpd

Defendants make this offer of judgment for the purposes specified in Rule 68. This offer is not to be construed as an admission that Defendants are liable to Plaintiff in this action or otherwise, or that Plaintiff has suffered any damages.

DATED: August 12, 2013       SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP

By: _____
STEVEN S. NIMOY, ESQ.
Attorneys for Defendants,
ELECTRONIC DOCUMENT PROCESSING, INC. and TANAYA V. SULCER

## NOTICE OF ACCEPTANCE

NOTICE IS HEREBY GIVEN that plaintiff, JEFFREY HENRY PAULL, accepts the offer made by defendants ELECTRONIC DOCUMENT PROCESSING, INC. dba EDP LEGAL SERVICES, INC. and TANAYA V. SULCER, to have judgment entered in favor of Plaintiff and against Defendants in this matter on the First Claim for Relief, jointly and severally, for the sum of Two Thousand Five Hundred and 00/100 Dollars ($2,500.00) plus costs and reasonable attorney's fees in an amount to be determined by agreement between the parties herein, or by motion for reasonable attorney's fees to be filed by counsel for the Plaintiff and determined by the Court. All other claims to be dismissed with prejudice by the Court..

Dated: August ____, 2013

By: _____
Attorneys for Plaintiff

1  **PROOF OF SERVICE**

2  STATE OF CALIFORNIA, COUNTY OF VENTURA

3      I am employed in the County of Ventura, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 2535 Townsgate Road, Suite 307, Westlake Village, California 91361.

5      On **August 12, 2013**, I served the foregoing document(s) described as **OFFER OF JUDGMENT** on the interested parties in this action by placing a true and correct copy thereof, enclosed in sealed envelopes, and caused to be delivered to the addressees, as follows:

    Fred W. Schwinn, Esq.
    CONSUMER LAW CENTER, INC.
    12 South First Street, Suite 1014
    San Jose, CA 95113

__XX__  (MAIL)
By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with the business' practice for collection and processing of correspondence for mailing. Under that practice, the document(s) would be deposited with the United States Postal Service on the same day, with first class postage thereon fully prepaid at Westlake Village, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____  (CERTIFIED MAIL - RETURN RECEIPT REQUESTED)
I placed such envelope(s) with first-class postage thereon, fully prepaid, including the additional postage needed for Certified Mail, Return Receipt Requested, and with the proper United States Post Office forms for Certified Mail, Return Receipt Requested affixed thereon, in the United States mail at 2535 Townsgate Road, Suite 307, Westlake Village, California 91361.

____  (NORCO OVERNITE)
I placed such envelope(s), with fees fully prepaid for next business day delivery, in a Norco Overnite box located in Westlake Village, California, that is regularly maintained by Norco Overnite and has a daily weekday pick-up schedule.

____  (FEDERAL EXPRESS)
I placed such envelope(s), with fees fully prepaid for next day delivery, in a Federal Express box located in Westlake Village, California that is regularly maintained by Federal Express and has a daily pick-up schedule.

____  (U.S. Postal Service - EXPRESS MAIL)
I caused such envelope(s) to be delivered, with fees fully prepaid for next business day delivery, to an Express Mail box located at the U.S. Post Office in Thousand Oaks, California, that is regularly maintained by the U.S. Postal Service and has a daily weekday pick-up schedule.

///

PROOF OF SERVICE

H:\P21-1252\Pleadings\1PROOF.wpd

1    ____    (VIA FACSIMILE)
             I caused such documents to be faxed from a facsimile transmission machine whose telephone
2            number is (805) 497-1147 to the above-identified recipient and fax telephone number as
             shown. The above-described transmission was reported as complete without error by a
3            transmission report issued by the facsimile transmission machine upon which the said
             transmission was made immediately following the transmission. CCP §1010.6.
4
     ____    (VIA E-MAIL)
5            Based on a court order or an agreement of the parties to accept service by e-mail or electronic
             transmission, I caused such documents to be e-mailed to each of the aforementioned
6            electronic mail addresses. I did not receive, within a reasonable time after the transmission,
             any electronic message or other indication that the transmission was unsuccessful. C.C.P.
7            §1010.6.

8    ____    (PERSONAL SERVICE)
             I caused such documents to be personally delivered to the addressee at the referenced address
9            shown above.

10   ____    (VIA WWW.ONELEGAL.COM)
             I electronically served the above document(s) on all interested parties by submitting an
11           electronic version of the documents(s) to One Legal, LLC, through the user interface at
             www.onelegal.com, and selecting all parties on the service list which One Legal maintains
12           for this case. I uploaded the document(s) at approximately _____ p.m.

13   ____    STATE
             I declare under penalty of perjury, under the laws of the State of California, that the foregoing
14           is true and correct.

15   _XX_   FEDERAL
             I declare that I am employed in the office of a member of the bar of this court at whose
16           direction the service was made.

17           EXECUTED this 12th day of August, 2013, at Westlake Village, California.

18
                                                              _____
19                                                            Linda Abernethy

20

21

22

23

24

25

26

27

28