UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY HENRY PAULL,<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC DOCUMENT PROCESSING, INC. D/B/A EDP LEGAL SERVICES, INC. A California Corporation; TANAYA V. SULCER, individually and in her official capacity; and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO: CV12-06194-EJD-PSG<br><br>[PROPOSED] JUDGMENT<br><br>[F.R.C.P RULE 68]<br><br>Complaint served: January 14, 2013 |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

That Judgment be entered in favor of Plaintiff JEFFREY HENRY PAULL and against Defendants ELECTRONIC DOCUMENT PROCESSING, INC. dba EDP LEGAL SERVICES, INC. and TANAYA V. SULCER, on the First Claim for Relief, jointly and severally, in the amount of Two Thousand Five Hundred and 00/100 dollars ($2,500.00) plus costs and reasonable attorney's fees in the amount to be determined by agreement between the parties herein, or by motion for reasonable attorney's fees to be filed by counsel for the Plaintiff and

H:\P21-1252\Pleadings\Judgment.wpd

determined by the Court. All other claims by the Plaintiff are hereby dismissed with prejudice. The Clerk shall close this file.

DATED: September 9, 2013          By: _____
                                      Hon. Edward J. Davila
                                      United States District Court Judge